REED SMITH LLP
A limited liability partnership formed in the State of Delaware

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISIDORA G. CERALDE, ESTRELLA REYES DE JESUS and ALMA D. PECAOCO,<br><br>Plaintiffs,<br><br>vs.<br><br>SPECIALIZED LOAN SERVICING, LLC, LAW OFFICES OF LES ZIEVE, HSBC BANK USA, N.A., AS TRUSTEE FOR THE HOLDERS OF THE DEUTSCHE ALT-A SECURITIES, INC. MORTGAGE LOAN TRUST, MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2007-OA4, MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. and DOES 1-100, inclusive,<br><br>Defendants. | Case No.: 3:18-cv-01354-EMC<br><br>**[PROPOSED] ORDER GRANTING STIPULATION TO REMAND TO STATE COURT**<br><br><br>Compl. Filed: January 24, 2018<br><br>Honorable Edward M. Chen |

After consideration of the pleadings, as well as all other matters presented to the Court, and good cause having been shown, the Court rules as follows:

The case is remanded to the Superior Court of California, County of San Francisco. Jurisdiction is relinquished.

**IT IS SO ORDERED.** The Clerk of the Court is directed to vacate all hearings and close this case.

DATED: 4/11/18

_____
Honorable Edward M. Chen



IT IS SO ORDERED AS MODIFIED
Judge Edward M. Chen

– 1 –
[PROPOSED] ORDER GRANTING STIPULATION TO REMAND